## In re SANG SU LEE.

### No. 2007–1191.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2008.

Robert E. Bushnell, of Washington, DC, argued for appellant. With him on the brief was Richard H. Stern.

Thomas W. Krause, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Stephen Walsh, Acting Solicitor, and Raymond T. Chen, Associate Solicitor. Of counsel was Sydney O. Johnson, Jr., Associate Solicitor.

NEWMAN, GAJARSA, and DYK, Circuit Judges.

### JUDGMENT

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.